# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1455

_____

Elva Whiten,                                                            *
                                                                       *
                    Appellant,                                         *
                                                                       *    Appeal from the United States
        v.                                                            *    District Court for the
                                                                       *    Eastern District of Arkansas.
Stuttgart Regional Medical Center,                                     *
                                                                       *    [UNPUBLISHED]
                    Appellee.                                          *

_____

Submitted: September 17, 2009
Filed:  October 5, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Elva Whiten appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination suit against her former employer, Stuttgart Regional Medical Center. Having carefully reviewed the record and considered Whiten's arguments, *see Gordan v. Shafer Contracting Co.*, 469 F.3d 1191, 1194 (8th Cir. 2006) (de novo standard of review), we affirm on the basis of the district court's opinion. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.